UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 17-08681 AFM** | Date: **September 4, 2018** |
| Title **Mary Almaraz v. Wal Mart Stores, Inc.** | |

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): ORDER TO SHOW CAUSE**

On August 3, 2018, the Court and counsel held a telephonic status conference. Counsel were ordered to submit a proposed joint stipulation to extend the scheduled dates pursuant to Fed. R. Civ. P. 16. The docket sheet shows that, as the date of this Order, the parties have not submitted the proposed joint stipulation.

Accordingly, IT IS ORDERED that within 10 days of the filing date of this Order, the parties shall file a joint request regarding extension of the scheduled dates.

| | : |
|---|---|
| **Initials of Preparer** | ib |